**JS-6 / REMAND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SALDANA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF LOS ANGELES, by and through its Board of Harbor Commissioners; EUGENE D. SEROKA, individually and in his official capacity; Does 1–10;<br><br>　　　　　Defendants. | Case No. CV 21-9577-DMG (JEMx)<br><br>**JUDGMENT** |

1  Pursuant to the Court's Order re Defendant Eugene D. Seroka's Motion for
2  Summary Judgment and Defendant City of Los Angeles' Motion for Judgment on the
3  Pleadings, filed October 3, 2022,

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Eugene D. Seroka and City of Los Angeles, and against Plaintiff Carlos Saldana.

DATED: October 3, 2022

                                                DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE